**People of the State of Illinois, Plaintiff-Appellee, v. Andrew Watson, Defendant-Appellant.**

**Gen. No. 52,725. (Abstract of Opinion.)**

First District, Second Division.

May 20, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty, Assistant Public Defender, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James B. Haddad, Assistant State's Attorneys, of counsel), for appellee. Opinion by MR. PRESIDING JUSTICE LYONS. Not to be published in full.